# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALICIA R. DIXON AND WEST J.
DIXON

NO. 2022 CW 1002

VERSUS

D.R. HORTON. - GULF COAST;
BELL MECHANICAL SERVICES;
AND BELL MECHANICAL
HOLDINGS, LLC

**SEPTEMBER 29, 2022**

---

In Re:    D.R. Horton, Inc. - Gulf Coast, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 716640.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**STAY DENIED; WRIT DENIED.** The trial court has not yet ruled on D.R. Horton, Inc. - Gulf Coast's exceptions of prematurity and improper venue. Accordingly, the exercise of this court's supervisory jurisdiction is not warranted at this time. **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981)(per curiam).

**VGW**
**JMG**

**Wolfe, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT